IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL W. WESTFALL, JR., | No. CIV.S-05-0180 DAD |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

By order filed May 11, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. On May 25, 2005, plaintiff filed a written response to the order to show cause sufficiently explaining the reason for the delay in completing service of process.

/////

/////

/////

/////

1

1  Accordingly, the order to show cause filed on May 11, 2005,
2  is HEREBY DISCHARGED.  This matter will proceed according to the
3  terms of the court's scheduling order filed January 27, 2005.
4  DATED: May 31, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/westfall0180.dischargeOSC

2