IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XENG F. XIONG,                             No.  CIV.S-05-0076 DAD

     Plaintiff,
                                     ORDER
    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

     Defendant.
_____/

        On January 31, 2005, the court issued a scheduling order which required plaintiff to complete service of process within twenty days from the filing of the complaint.  The required time has now expired, and there is no indication on the docket that plaintiff has completed service of process.

        On May 31, 2005, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution and was cautioned that failure to do so would

/////

1

1  result in dismissal of the action.  The twenty-day period has now
2  expired.  Plaintiff has not responded to the court's order despite a
3  courtesy call placed to plaintiff's counsel by a member of court's
4  staff on July 20, 2005, as well as earlier courtesy call placed by
5  the court's staff to counsel's assistant.
6          Accordingly, IT IS HEREBY ORDERED that this action is
7  dismissed without prejudice for failure to prosecute.
8  DATED: July 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/xiong0076.dism